

**OUTTEN & GOLDEN** LLP

Advocates for Workplace Fairness

February 11, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

**Via ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Hughes-Phillips v. New York Life Ins. Co.*, No. 20 Civ. 10158 (S.D.N.Y.)

Dear Judge Nathan:

      We represent Plaintiff Aliea Hughes-Phillips ("Plaintiff") in the above-referenced matter. We join with Defendant New York Life Insurance Company ("New York Life" or "Defendant") to request that the Court adjourn the Initial Pretrial Conference currently scheduled for February 19, 2021, ECF No. 9, and related deadlines, as a result of the parties agreement to engage in good faith settlement discussions. This is the parties' first request to extend out these deadlines.

      Specifically, the parties request that the Court either: (i) enter a stay of all proceedings; or, if it is the Court's preference, (ii) extend out all applicable deadlines by thirty days. The deadlines that would be implicated are as follows:

**SO ORDERED.**

*Alison J. Nathan*

2/11/2021

- New York Life's deadline to answer or otherwise respond to the complaint, which is currently February 12, 2021 (if the Court extended this deadline by thirty-days, it would be extended until March 15, 2021);
- The parties' deadline to provide a joint proposed case management plan to the Court, which is currently February 12, 2021; and
- The Court's Initial Pretrial Conference, which is currently scheduled for February 19, 2021.

      Should the Court extend the time before the Initial Pretrial Conference, instead of staying the matter, the parties are available for a rescheduled conference on March 26, 2021, April 2, 2021, or April 9, 2021.

> **The parties are to submit a joint letter by March 15, 2021 updating the Court on the status of settlement.**

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com

Judge Alison J. Nathan
February 11, 2021
Page 2 of 2

      We thank the Court for its attention in this matter.

                                            Respectfully submitted,

                                            Christopher M. McNerney

cc:      Parties of Record (via ECF)