

March 15, 2021

**Via ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Hughes-Phillips v. New York Life Ins. Co.*, No. 20 Civ. 10158 (S.D.N.Y.)

Dear Judge Nathan:

    We represent Plaintiff Aliea Hughes-Phillips ("Plaintiff") in the above-referenced matter. We join with Defendant New York Life Insurance Company to provide a status update pursuant to the Court's February 16, 2021 Order. *See* ECF No. 21.

    Since the Court stayed this matter in contemplation of settlement discussions, the parties have reached an agreement in principle to settle their dispute and are in the process of negotiating a final settlement agreement. Accordingly, we respectfully request that the Court continue to stay all proceedings and permit the parties to file a further update to the Court, or notice of dismissal, by April 14, 2021.

    We thank the Court for its attention in this matter.

                      Respectfully submitted,

                      Christopher M. McNerney

cc:    Parties of Record (via ECF)

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com